IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAROLYNN FINCKE,

    Plaintiff,

vs.                                                                                                                No. CIV 23-0364 JB/DLM

MARTIN O' MALLEY, Commissioner of
Social Security,

    Defendant.

## **FINAL JUDGMENT**

    **THIS MATTER** comes before the Court on the Court's Order, filed February 1, 2024 (Doc. 27)("Remand Order"). In the Remand Order, the Court reverses the Defendant's decision remands this case "for further administrative proceedings" pursuant to sentence four of 42 U.S.C. § 405(g). Remand Order at 1. "[A] sentence-four remand order '*terminate[s]* the civil action' seeking judicial review of the Secretary's final decision." Shalala v. Schaefer, 509 U.S. 292, 299 (1993)(quoting Sullivan v. Finkelstein, 496 U.S. 617, 623 (1990))(emphasis in Shalala v. Schaefer, but not in Sullivan v. Finkelstein). Accordingly, there being no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.

    **IT IS ORDERED** that: (i) the case is remanded to the Defendant for further proceedings; (ii) this case is terminated; and (iii) Final Judgment is entered.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel*:

Benjamin Eilers Decker
Decker Griffel, LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Victoria Vina Johnson
  Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
Baltimore, Maryland

-- and --

Alexander M.M. Uballez
  United States Attorney
Manuel Lucero
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*